

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

TARALYNN M. OLAYVAR
Special Assistant U.S. Attorney
15 ABW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No.  449-8614
Email:  taralynn.olayvar@hickam.af.mil

Attorneys for Plaintiff

LODGED SEP 2 4 2003 10:00am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 2 6 2003
at __ o'clock and __ min __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CR. NO.:  02-00320 |
| vs. | ) | |
| | ) | ORDER FOR DISMISSAL |
| TERESA DEMELLO, | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the district of Hawaii hereby dismisses,

without prejudice, the information against TERESA DEMELLO, the defendant.

DATED: Honolulu, Hawaii, September 25, 2003.

                                    _____
                                    TARALYNN M. OLAYVAR
                                    Special Assistant. U.S. Attorney
                                    District of Hawaii

APPROVED AND SO ORDERED:

**BARRY M. KURREN**
_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. DEMELLO
CR. NO.: 02-00320
Order For Dismissal